IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:19-CR-218-TAV-DCP |
| | ) | |
| GLENN FRED GLATZ, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation as may be appropriate. This case is before the Court on Defendant Glenn Fred Glatz's Motion to Continue Evidentiary Hearing [Doc. 28], filed on November 3, 2020. The Defendant asks the Court to continue the November 4, 2020 motion hearing and, if necessary, the March 2, 2021 trial date. He contends that defense counsel needs additional time to discuss the pending motions and the presentation of these motions with him, which discussions have been impeded by restrictions relating to the COVID-19 pandemic. Additionally, counsel needs additional time to prepare for the evidentiary hearing, to include meeting administrative requirements for subpoenaing some witnesses. Defendant asks the Court to continue the evidentiary hearing to February 4, 2021, at 9:30 a.m., for which both parties are available. He states that the parties may ask the Court to move the hearing to an earlier date (prior to February 4), if circumstances permit. Finally, the Defendant states that if the continuance of the motion hearing requires that the trial date also be continued, he would so

move. The Government has confirmed with Chambers that it does not oppose a continuance of the motion hearing.

The Court finds the Defendant has shown good cause to continue the November 4 evidentiary hearing on his suppression motions [Docs. 19 & 20] and that the request is not opposed by the Government. Accordingly, the Defendant's Motion to Continue Evidentiary Hearing **[Doc. 28**] is **GRANTED in part**, in that the evidentiary hearing on the pending suppression motions is reset to **February 4, 2021, at 9:30 a.m.** The Court declines to continue the March 2, 2021 trial date at this time, in light of the possibility that the evidentiary hearing could be moved up at the parties' request. However, the Court finds that the Defendant or the parties jointly may move to continue the trial at the evidentiary hearing.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge