IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:19-CR-218-TAV-DCP |
| | ) | |
| GLENN FRED GLATZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned on the Government's Motion to Redact Portions of Trial Transcript [Docs. 320, SEALED], which was filed under seal on February 22, 2024, and referred [Doc. 322] to the undersigned on February 26, 2024. *See* 28 U.S.C. § 636(b). On February 7, 2024, the Court granted the Government's request to redact from the trial transcripts the names and birthdates of child victims, changing the names of minor victims to their initials and their birthdates to their years of birth [Doc. 317 p. 12]. The Court also directed the parties[1] to file sealed redaction lists, designating the location of the victims' names and birth dates by page number and line number [*Id.*]. Finally, the Court sealed the Witness List [Doc. 300] from the trial and ordered the Government to review the Witness List and file either a sealed motion to redact information in the Witness List consistent with the Court's Memorandum and Order or a notice that no redaction is necessary [Doc. 317 p. 12]. The Government now asks again to redact

[1] The Court directed elbow counsel to review the transcripts and create the redaction list for Defendant Glatz, who represents himself [Doc. 317 p. 12]. Elbow counsel filed the proposed, sealed redaction list on February 21, 2024 [Doc. 318]. Judge Varlan granted Defendant's request to seal the redaction list [Doc. 323].

the names of minor victims to their initials and the minor victims' dates of birth to the year of birth [Doc. 320 p. 1]. It attaches to this motion its sealed redaction list [*Id*. at 2–9].[2]

The Government previously demonstrated good cause for the redaction of the names and birth dates of minor victims [Doc. 317 pp. 5–8]. The instant motion appears to request the same relief. However, the Court's review of the Government's redaction list reveals the need for additional findings on redaction. First, if the date of birth contains the year, it shall be redacted as "DOB" followed by the year of birth (for example, "DOB 2001"), but if the date of birth contains only the month and day, it may be redacted as "DOB." Second, the Court finds good cause to redact the telephone number of a minor victim to the area code. *See* Fed. R. Crim. P. 49.1(e)(1) (permitting redaction of additional information for good cause). Third, the Court also finds good cause to redact the minor victim's password to obscure the password.[3] *See* Fed. R. Crim. P. 49.1(e)(1).

The Court previously ordered that the Witness List [Doc. 300] from the trial be sealed with a copy provided to counsel for the Government [Doc. 317 p. 12]. The Court ordered the Government to review the Witness List for the need to redact the names of minor victims, if any, and to file either a sealed motion to redact the Witness List or a notice that no redaction is necessary, as appropriate. No motion or notice relating to the Witness List has been filed to date. Accordingly, the Witness List shall remain under seal and the Government is **ORDERED** to conduct the requested review of the Witness List and file either a motion or notice on or before **March 4, 2024**.

---

2 The Government does not state whether it provided a copy of its redaction list to the court reporters, as required by the Court [Doc. 317 p. 12].

3 The Court notes that Defendant's redaction list also suggests redaction of a minor victim's telephone number and password, suggesting no objection to the redaction of this information.

In summary, the Court **ORDERS** as follows:

(1) The Government's Motion to Redact Portions of Trial Transcript [**Docs. 320, SEALED**] is **GRANTED** in that the Court permits the following redactions:

(a) The names of child victims shall be redacted to the victim's initials;

(b) the full dates of birth of the child victims shall be redacted to "DOB" followed by the year (ex. "DOB 2001");

(c) the month and/or date of birth of the child victims shall be redacted to "DOB" when no year is included;

(d) the telephone number of the child victim or victims shall be redacted to the area code; and

(e) the password of a child victim shall be redacted to obscure the password.

(2) The Government is **ORDERED** to review its sealed redaction list and to conform it to the above redaction parameters. The Government **SHALL FILE** the revised redaction list under seal on or before **March 4, 2024,** with no additional motion to seal or to redact required. The Government also **SHALL PROVIDE** a copy of its revised redaction list to the court reporters for the trial transcripts;

(3) As previously **ORDERED** [Doc. 317 p. 13], the unredacted trial transcripts [**Docs. 307–311**] will remain **UNDER SEAL**, and the court reporters will file redacted copies of the transcripts once the redaction process is complete. If no portion of a transcript requires redaction, that transcript may be unsealed;

(4) The Witness List [**Doc. 300**] shall remain under seal at this time, except the Clerk of Court shall provide a copy to counsel for the Government;

(5) The Government is **ORDERED** to review the Witness List [Doc. 300] and to file a sealed motion to redact any items in this document consistent with this Memorandum and Order or to file a notice that no redaction is required on or before **March 4, 2024**; and

(6) The Clerk of Court is **DIRECTED** to provide a copy of this Memorandum and Order to the court reporters for the trial transcripts [Docs. 307–311] and to mail a copy of this Memorandum and Order to Defendant at the jail.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge